# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:

Darla Alexander §
§         Case No. 09-32293-H4-13
§
Debtors(s) §
§

*[Court stamp: UNITED STATES... SOUTHERN... COURT... DISTRICT OF T... FEB 2 5 2013  David J. Bradley, Clerk of Cou...]*

## APPLICATION FOR PAYMENT OF
## UNCLAIMED FUNDS AND CERTIFICATE OF SERVICE

1.      I am making application to receive **$1,273.16** deposited as unclaimed funds on behalf of **Doris Cudd**, creditor in the above mentioned case.

2.      Applicants are entitled to receive the requested funds, and I have made sufficient inquiry and have no knowledge that any other party may be entitled to, and am not aware of any dispute regarding the funds issued based upon the following:

☐      a.      Applicant is the creditor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

**XXX**  b.      Applicant, Keys Research, is the Attorney-in-fact for the creditor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney (Agent Authorization) to file this application on behalf of the Creditor.  Doris Cudd's name was misspelled on the Trustee's Report of Unclaimed Funds. All proof of identification are enclosed herein.

☐      c.      Applicant is the assignee or successor-in-interest of the debtors named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐      d.      Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if) a partnership) and a representative of the debtors named in paragraph 1.

**XXX**  e.      Applicant is the representative of the creditor named in paragraph 1, as evidenced by the attached appropriate documents substantiating applicant's right to act on behalf of the creditor. Keys Research is applying on behalf of the creditor.

☐      f.      None of the above apply.  As evidenced by the attached documents, applicants is entitled to these unclaimed funds because:_____

_____

_____

3.        I understand that pursuant to 18 U.S.C. §152, I could be fined no more than $5,000 or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents.  I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.      I declare under penalty of perjury under the laws of the United States of America that the
       foregoing statements and information are true and correct.

Dated: February 22, 2013

Charlene J. Keys dba Keys Research
Attorney-in-Fact
Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Subscribed and sworn before me this 22th day of February, 2013.

Notary Public
State of Washington, County of King

My commission expires ____9/9/13____

*****************************************************************************************************

Attachments:   1. Agent Authorization
               2. Copy of Picture ID
               3. Social Security Number
               ~~4. Death Certificate and Last Will~~

### Certificate of Service

        I certify that on February 21, 2013, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

US Attorney
POB 61129
Houston TX 77208

                                    Charlene J. Keys

US Trustee
515 Rusk Avenue #3516
Houston TX 77002

Other: _____
       _____
       _____

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE: DARLA ALEXANDER §
§           CASE NO: 09-32293-H4-13
§
§
DEBTOR(S) §           CHAPTER 13

---

## MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY
## PURSUANT TO 11 U.S.C. §347 (a)

      **PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

      More than   ninety (90) days has passed since the final distribution. Funds payable to the creditor listed on Exhibit "A" hereto remains unclaimed.

      **WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 6/27/2012                                     Respectfully Submitted,

/s/  David G. Peake
_____

David G. Peake, Trustee
Admissions I.D. #3857
9660 Hillcroft, Ste 430
Houston, TX  77096
713-283-5400

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: DARLA ALEXANDER | § | CASE NO: 09-32293-H4-13 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

### UNCLAIMED FUNDS

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| DORIS CUDO<br>14817 GREENBOUGH STREET<br>CONROE, TX 77302 | 6 | $1,273.16 |

**TOTAL FOR UNCLAIMED FUNDS**  $1,273.16

## AGENT AUTHORIZATION

I, Doris Cudd,  do hereby grant to Charlene J. Keys dba Keys Research**,** my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of
$1,273.16 ONLY,  less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney for this specific matter for this specific matter.

Dated: ___2/14/13___          Signed: _____
                                                        Doris Cudd

*******************************************************************************************

## NOTARY ACKNOWLEDGMENT

State of ___Texas___, County of ___Montgomery___

ACKNOWLEDGED before me on this date ___2/14/13___, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.



NOTARY SEAL:
Jennifer Feigt
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 03/12/2015

_____
NOTARY PUBLIC
My commission expires ___3/12/15___